DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com
KATHLEEN CULLINAN (State Bar No. 287604)
  kathleencullinan@dwt.com

Attorneys for Defendants
TMZ PRODUCTIONS, INC., EHM PRODUCTIONS,
INC., and TIME WARNER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA WALKER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TMZ PRODUCTIONS, INC., EHM PRODUCTIONS, INC., TIME WARNER, INC., CHRISTOPHER MANIVONG, AND DOES 1-10, inclusive,<br><br>                    Defendants. | **Case No. CV13-02268 RSWL (MRWx)**<br>Assigned to the Honorable Ronald S.W. Lew<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br>**(F.R.C.P. 41(a)(1)(A)(ii))**<br><br>Action Filed: March 29, 2013 |

1  Plaintiff Alpha Walker, on the one hand, and Defendants TMZ Productions, Inc., EHM Productions, Inc., Time Warner Inc., and Christopher Manivong, on the other hand, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this case, and all claims brought in it, with prejudice.  Each party is to bear its own fees and costs.

DATED: May 14, 2013

FELDMAN & WALLACH
IAN WALLACH

By: _____
              Ian Wallach

Attorneys for Plaintiff
ALPHA WALKER

DATED: May 14, 2013

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW

By: _____
              Linda M. Burrow

Attorneys for Defendant
CHRISTOPHER MANIVONG

DATED: May 14, 2013

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
DAN LAIDMAN
KATHLEEN CULLINAN

By: _____
              Kelli L. Sager

Attorneys for Defendants
TMZ PRODUCTIONS, INC., EHM PRODUCTIONS, INC., and TIME WARNER INC.

STIPULATION OF DISMISSAL WITH PREJUDICE
DWT 21962460v1 0050033-000508

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Plaintiff Alpha Walker, on the one hand, and Defendants TMZ Productions, Inc., EHM Productions, Inc., Time Warner Inc., and Christopher Manivong, on the other hand, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this case, and all claims brought in it, with prejudice.  Each party is to bear its own fees and costs.

DATED: May 17, 2013

FELDMAN & WALLACH
IAN WALLACH

By: _____
        Ian Wallach

Attorneys for Plaintiff
ALPHA WALKER

DATED: May 17, 2013

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW

By:    /s/ Linda M. Burrow
        Linda M. Burrow

Attorneys for Defendant
CHRISTOPHER MANIVONG

DATED: May 17, 2013

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
DAN LAIDMAN
KATHLEEN CULLINAN

By:    /s/ Kelli L. Sager
        Kelli L. Sager

Attorneys for Defendants
TMZ PRODUCTIONS, INC., EHM PRODUCTIONS, INC., and TIME WARNER INC.

STIPULATION OF DISMISSAL WITH PREJUDICE
DWT 21962460v1 0050033-000508

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899